

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2019

No. 04-19-00476-CV

**IN THE INTEREST OF A.R.R., A CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-05-24951-CV
Honorable Cathy Morris, Judge Presiding

# O R D E R

On July 9, 2019, the trial court signed an order terminating Appellant's parental rights to A.R.R., and Appellant filed a notice of appeal on July 11, 2019. *See* TEX. R. APP. P. 26.1(b). The trial court appointed Orlando Kell to represent Appellant at trial.

On July 22, 2019, after no reporter's record was filed, we ordered Appellant to timely provide written proof to this court that the reporter's record has been requested or to file Appellant's brief, but no reporter's record or brief was filed.

After this court contacted Appellant's counsel, Orlando Kell filed a motion to withdraw in this court.

We ABATE this appeal and REMAND the cause to the trial court. We ORDER the trial court to rule on Orlando Kell's motion to withdraw within TEN DAYS of the date of this order.

We FURTHER ORDER the trial court to file supplemental clerk's and reporter's records in this court, not later than FIFTEEN DAYS from the date of this order. The records shall include (1) a transcription of the motion to withdraw hearing, if any; (2) copies of any documentary evidence admitted; and (3) copies of all motions filed with, or ruled on by, the trial court regarding the motion to withdraw, e.g., motion to withdraw, motion for substitution of counsel, or motion appointing counsel on appeal. *See id.*

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). To protect the child, this court must render its decision "with the least possible delay," and any further delays in addressing court-appointed appellate counsel will not only hinder this court in its duty, but may adversely affect the child. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)).

All other appellate deadlines are SUSPENDED pending further order of this court.



_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court